IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CRIMINAL NO. 19-CR-30046-SMY |
| Plaintiff, | ) |
| | ) |
| vs. | ) Title 18, United States Code, |
| | ) Sections 875(c), 875(d), 2251(a) |
| JOSHUA P. BRECKEL, | ) 2252A(a)(2)(A) and 2253 |
| | ) |
| Defendant. | ) |

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

1. Beginning in approximately 2016 and continuing until July 8, 2018, more exact dates being unknown, in St. Clair County, Illinois, within the Southern District of Illinois, the defendant JOSHUA P. BRECKEL repeatedly used computers, mobile phones, interactive computer services, and the Internet to (a) obtain sexually explicit images and videos from dozens of minor females located throughout the United States and internationally; and (b) transmit threatening communications to dozens of women and girls located throughout the United States and internationally (hereinafter "the victims").

2. BRECKEL transmitted these threatening communications with the intent to extort, and to attempt to extort, things of value from the victims, namely digital images and videos of the victims in various states of undress, exposing themselves and engaging in sexually explicit conduct.

3. BRECKEL used a variety of social media platforms, such as Kik, Instagram, Facebook, musical.ly, MeetMe, Whisper, and SnapChat, to find his victims.

4. To accomplish his crimes, BRECKEL would either offer the victims money for nude photographs or begin an online romance with the victims and eventually ask for nude images. BRECKEL would often ask the victims to include their face and/or a hand holding up three fingers, to assure himself the victims were sending real images of themselves.

5. After obtaining an initial nude photograph or video, BRECKEL extorted some victims by threatening to send their nude images to family, friends and social media contacts unless the victims sent BRECKEL additional photos and videos per his instructions.

6. Some victims complied with BRECKEL's demands; others did not. To those that complied, BRECKEL carried on his pattern of extortion by sending further demands and more threatening communications.

7. BRECKEL traded some of the images and videos that he received from the victims with other individuals via the Kik mobile messaging app, exchanging them typically for other images and videos of child pornography.

8. All of the communications, photos, videos and threatening messages were transmitted over the Internet using a facility of interstate commerce: namely, a computer or cellular phone connected to the Internet. Most of the threatening communications were sent via the Kik app.

## COUNT 1

### PRODUCTION OF CHILD PORNOGRAPHY

9. Paragraphs 1 through 8 of this Information are incorporated herein by reference.

10. Sometime in or about April 2018, a more exact date being unknown, in St. Clair County, Illinois, within the Southern District of Illinois, the defendant JOSHUA P. BRECKEL,

did knowingly employ, use, persuade, induce, entice, and coerce A.A., a 15 year old female in California, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, that being digital photograph and videos. At the time, BRECKEL knew and had reason to know that the visual depictions would be transported and transmitted in interstate and foreign commerce using a means and facility of interstate and foreign commerce, and the visual depictions were actually so transported and transmitted.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 2

### INTERSTATE COMMUNICATIONS WITH INTENT TO EXTORT

11. Paragraphs 1 through 10 of this Information are incorporated herein by reference.

12. Sometime in or about April 2018, a more exact date being unknown to the Complainant, in St. Clair County, Illinois, within the Southern District of Illinois, the defendant JOSHUA P. BRECKEL knowingly transmitted in interstate commerce via the Internet from the State of Illinois to the State of California, a series of communications to A.A., a 15 year old female in California, containing threats to injure the reputation of A.A. The defendant transmitted these communications with the intent to extort from A.A. things of value, namely: images and videos of A.A. naked and engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 875(d).

## COUNT 3

### PRODUCTION OF CHILD PORNOGRAPHY

13. Paragraphs 1 through 12 of this Information are incorporated herein by reference.

3

14. Between December 2016 and January 2017, in St. Clair County, Illinois, within the Southern District of Illinois, the defendant JOSHUA P. BRECKEL, did knowingly employ, use, persuade, induce, entice, and coerce K.O., a 15 year old female in Illinois, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, that being digital photographs and videos. At the time, BRECKEL knew and had reason to know that the visual depictions would be transported and transmitted in interstate and foreign commerce using a means and facility of interstate and foreign commerce, and the visual depictions were actually so transported and transmitted.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 4
### DISTRIBUTION OF CHILD PORNOGRAPHY

15. Paragraphs 1 through 14 of this Information are incorporated herein by reference.

16. From March 11, 2017 to April 19, 2017, in St. Clair County, Illinois, within the Southern District of Illinois, the defendant JOSHUA P. BRECKEL did knowingly distribute to other Internet users photos and videos of K.O., a 15 year old female in Illinois, which were visual depictions constituting child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2)(B) & (b).

## COUNT 5
### PRODUCTION OF CHILD PORNOGRAPHY

17. Paragraphs 1 through 16 of this Information are incorporated herein by reference.

18.     Sometime in or about February 2018, a more exact date being unknown, in St. Clair County, Illinois, within the Southern District of Illinois, the defendant JOSHUA P. BRECKEL, did knowingly employ, use, persuade, induce, entice, and coerce L.L., a 15 year old female in Pennsylvania, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, that being digital photographs and videos. At the time, BRECKEL knew and had reason to know that the visual depictions would be transported and transmitted in interstate and foreign commerce using a means and facility of interstate and foreign commerce, and the visual depictions were actually so transported and transmitted.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 6

### INTERSTATE COMMUNICATIONS WITH INTENT TO EXTORT

19.     Paragraphs 1 through 18 of this Information are incorporated herein by reference.

20.     Sometime in or about February 2018, a more exact date being unknown, in St. Clair County, Illinois, within the Southern District of Illinois, the defendant JOSHUA P. BRECKEL knowingly transmitted in interstate commerce via the Internet from the State of Illinois to the State of California a series of communications to L.L., a 15 year old female in Pennsylvania, containing threats to injure the reputation of L.L. The defendant transmitted these communications with the intent to extort from L.L. things of value, namely: images and videos of L.L. naked and engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 875(d).

## COUNT 7

### PRODUCTION OF CHILD PORNOGRAPHY

21.     Paragraphs 1 through 20 of this Information are incorporated herein by reference.

22. Between November 2017 and January 2018, in St. Clair County, Illinois, within the Southern District of Illinois, the defendant JOSHUA P. BRECKEL, did knowingly employ, use, persuade, induce, entice, and coerce Z.B., a 12 year old female in Illinois, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, that being digital photographs and videos. At the time, BRECKEL knew and had reason to know that the visual depictions would be transported and transmitted in interstate and foreign commerce using a means and facility of interstate and foreign commerce, and the visual depictions were actually so transported and transmitted.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 8

### PRODUCTION OF CHILD PORNOGRAPHY

23. Paragraphs 1 through 22 of this Information are incorporated herein by reference.

24. Sometime in or about April 2018, a more exact date being unknown, in St. Clair County, Illinois, within the Southern District of Illinois, the defendant JOSHUA P. BRECKEL, did knowingly employ, use, persuade, induce, entice, and coerce B.A., a 16 year old female in Missouri, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, that being digital photographs and videos. At the time, BRECKEL knew and had reason to know that the visual depictions would be transported and transmitted in interstate and foreign commerce using a means and facility of interstate and foreign commerce, and the visual depictions were actually so transported and transmitted.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 9

### INTERSTATE COMMUNICATIONS WITH INTENT TO EXTORT

25. Paragraphs 1 through 24 of this Information are incorporated herein by reference.

26. On or about January 18, 2018, in St. Clair County, Illinois, within the Southern District of Illinois, the defendant JOSHUA P. BRECKEL knowingly transmitted in interstate commerce via the Internet from the State of Illinois to the State of Ohio a series of communications to A.H., a 10 year old female in Ohio, containing threats to physically injure A.H. Specifically, BRECKEL threatened to kill A.H. if she did not send him images and videos of A.H. naked and engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 10

### INTERSTATE COMMUNICATIONS WITH INTENT TO EXTORT

27. Paragraphs 1 through 26 of this Information are incorporated herein by reference.

28. On or about April 19, 2018, in St. Clair County, Illinois, within the Southern District of Illinois, the defendant JOSHUA P. BRECKEL knowingly transmitted in interstate commerce via the Internet from the State of Illinois to the State of New Jersey a series of communications to C.S., a 15 year old female in New Jersey, containing threats to injure the reputation of C.S. The defendant transmitted these communications with the intent to extort from C.S. things of value, namely: images and videos of C.S. naked and engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 875(d).

### FORFEITURE ALLEGATION

Upon conviction for the offenses charged in Counts 1, 3, 5, 7, or 8, defendant JOSHUA BRECKEL shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all material that contained any images of child pornography and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the aforementioned offenses.

The property that is subject to forfeiture referred to above includes, but is not limited to, the following:

1. A black Alienware laptop computer having serial number 8Z16P72 and manufacturer number A505-S6005;

2. A black WD external hard drive having serial number WX81D1734386;

3. A silver IPhone 7 having a phone number of 618-960-7572;

4. A black Hewlett Packard desktop computer having serial number 4CE13700YL;

5. A grey Toshiba LG5S laptop computer having serial number 1B0388SOW;

6. A purple Memorex flash drive;

7. A silver Lexar flash drive;

8. A black Lexar flash drive; and

9. A black Sandisk flash drive.

UNITED STATES OF AMERICA

*[signature]*
STEVEN D. WEINHOEFT
United States Attorney

*[signature]*
CHRISTOPHER HOELL
Assistant United States Attorney

*[signature]*
NATHAN D. STUMP
Assistant United States Attorney

Recommended Bond: DETENTION