IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 19-CR-30046-SMY |
| | ) | |
| JOSHUA P. BRECKEL, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF PRELIMINARY ORDER OF
FORFEITURE WITH RESPECT TO CERTAIN PROPERTY OF TYLER S. SEIBOLD**

Now comes the United States of America, by and through its attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Christopher R. Hoell, Assistant United States Attorney, and moves, pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure, for the entry of a Preliminary Order of Forfeiture against the following property possessed by Defendant Joshua P. Breckel:

   a.   **A black Alienware laptop computer having serial number 8Z16P72 and manufacturer number A505-S6005;**
   b.   **A black WD external hard drive having serial number WX81D1734386;**
   c.   **A silver IPhone 7having a phone number 618-960-7572;**
   d.   **A black Hewlett Packard desktop computer having serial number 4CE13700YL;**
   e.   **A grey Toshiba LG5S laptop computer having serial number 1B0388SOW;**
   f.   **A purple Memorex flash drive;**
   g.   **A silver Lexar flash drive;**
   h.   **A black Lexar flash drive; and**
   i.   **A black SanDisk flash drive.**

A proposed Order of Forfeiture is submitted herewith.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

*/s/ Christopher R. Hoell*
CHRISTOPHER R. HOELL
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208
(618) 628-3700
Email: christopher.hoell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 19-CR-30046-SMY |
| ) | |
| JOSHUA P. BRECKEL, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2019, I caused to be electronically filed the foregoing

MOTION FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE
WITH RESPECT TO CERTAIN PROPERTY OF JOSHUA P. BRECKEL

with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Jessica J. Koester.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

/s/ Christopher R. Hoell
CHRISTOPHER R. HOELL
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208
(618) 628-3700
Email: christopher.hoell@usdoj.gov