AO 245B (SDIL Rev. 04/16) Judgment in a Criminal Case

Judgment Page **3** of **10**

DEFENDANT: JOSHUA P BRECKEL
CASE NUMBER: 3:19-CR-30046-SMY-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **a term of 360 months on each of Counts 1, 3, 5, 7 and 8 to run concurrent to each other; a term of 60 months on Count 4 to run consecutive to the sentence imposed for Counts 1, 3, 5, 7 and 8; 24 months on each of Counts 2, 6, and 10 to run concurrently; and a term of 60 months on Counts 9 to run concurrent to all other Counts, for a total term of 420 months (35 years).**

☒ The court makes the following recommendations to the Bureau of Prisons: <u>The Court recommends defendant be placed at FCI Marion, or as geographically close to the Southern District of Illinois as possible, but giving priority to a facility with necessary programs and services to address defendant's mental health needs.</u>

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
 ☐ at _____ ☐ a.m. ☐ p.m. on _____
 ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
 ☐ before 2 p.m. on _____
 ☐ as notified by the United States Marshal.
 ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ___8-12-19___ to ___USP MARION___

at ___MARION, IL___, with a certified copy of this judgment

*B. TRUE, WARDEN*
~~UNITED STATES MARSHAL~~

By _____ C.S.O.
~~DEPUTY UNITED STATES MARSHAL~~