IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 19-CR-30046-SMY |
| | ) | |
| JOSHUA P. BRECKEL, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING OF DECLARATION OF PUBLICATION**

Now comes the United States of America, by and through its attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Christopher R. Hoell, Assistant United States Attorney, and attaches for filing the Declaration of Publication in the above-entitled case.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

*/s/ Christopher R. Hoell*
CHRISTOPHER R. HOELL
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208
(618) 628-3700
Email: christopher.hoell@usdoj.gov

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )
                                    )
            vs.                     )        CRIMINAL NO. 19-CR-30046-SMY
                                    )
JOSHUA P. BRECKEL,                  )
                                    )
                    Defendant.      )

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2020, I caused to be electronically filed the foregoing **NOTICE OF FILING OF DECLARATION OF PUBLICATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Jessica J. Koester

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

*/s/ Christopher R. Hoell*
CHRISTOPHER R. HOELL
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL   62208
(618) 628-3700
Email: christopher.hoell@usdoj.gov